## N. Flyer & Son, Inc., Plaintiff-Appellee, v. Rabbi Louis N. Levy, Defendant-Appellant.

**Gen. No. 46,986.**

First District, Third Division.

April 17, 1957.

Rehearing denied May 8, 1957.

Released for publication May 8, 1957.

Louis A. Rosenthal, for defendant-appellant; George A. Vinik and Shulman, Shulman, Abrams and Joseph, for appellee, George A. Vinik, and Milton K. Joseph, of counsel. Opinion by JUDGE KILEY. Not to be published in full.